# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 31, 2016

## NO. 03-15-00334-CR

**Ex parte Moses Martinez**

**APPEAL FROM COUNTY COURT AT LAW NO. 2 OF BELL COUNTY**
**BEFORE CHIEF JUSTICE ROSE, JUSTICES PEMBERTON AND FIELD**
**AFFIRMED -- OPINION BY JUSTICE PEMBERTON**

This is an appeal from the order signed by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.